OTTILIA B. MENG, Respondent, *v.* CHARLES E. MENG, Appellant.

*Meng* v. *Meng,* 171 App. Div. 887, affirmed.
(Argued January 22, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 18, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial

at Special Term in an action for a separation. The complaint alleged that on August 20, 1913, while the plaintiff was temporarily absent from home, the defendant notified her to remove her furniture therefrom, he having already removed that portion which he claimed; that defendant did thereupon abandon and desert the plaintiff, and that thereafter he neglected and refused to provide for her, and failed to support her. The answer denied abandonment, and alleged that the plaintiff had refused to consummate the marriage and cohabit and live with the defendant as his wife, and that on said date she abandoned the defendant and notified him that she would not live and cohabit with him as his wife, and that her conduct was without cause or provocation.

*H. G. Pierce* for appellant.
*William H. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND and McLAUGHLIN, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and ANDREWS, JJ.